# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PANAMA CITY DIVISION

THEODORE L. WHIDDEN,

    Plaintiff,

v.                                    CASE NO. 5:17cv196-MCR-GRJ

LAURA WAHLQUIST, et al.,

    Defendants.

_____/

## **O R D E R**

This cause comes on for consideration upon the magistrate judge's Report and Recommendation dated September 21, 2017. ECF No. 8. The parties have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). I have made a *de novo* determination of any timely filed objections.

Having considered the Report and Recommendation, and any objections thereto timely filed, I have determined that the Report and Recommendation should be adopted.

Accordingly, it is now **ORDERED** as follows:

1.  The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this Order.

2.  The amended complaint, ECF No. 7, is **DISMISSED** for failure to state a claim on which relief may be granted and as frivolous.

3.  The clerk is directed to close the file.

**DONE AND ORDERED** this 24th day of October, 2017.

    *s/ M. Casey Rodgers*
**M. CASEY RODGERS**
**CHIEF UNITED STATES DISTRICT JUDGE**